## Fuller's Estate (No. 2).

Argued April 20, 1909.  Appeal, No. 33, April T., 1909, by Elizabeth M. Fuller, from decree of O. C. Fayette Co., March T., 1907, No. 43, dismissing exceptions to adjudication in Estate of Smith Fuller, deceased.  Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY and HEAD, JJ. Affirmed.

OPINION BY HEAD, J., December 13, 1909:

For the reasons set forth in the appeal of this same appellant at No. 32, April Term, 1909, ante, p. 417, the decree is affirmed and the appeal dismissed at the costs of the appellant.